UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | NO. 3:13-00228 |
| v. | ) | |
| | ) | |
| | ) | |
| JONATHAN CAINE | ) | |

ORDER:
Motion granted.
John Bryant,
USMJ

## GOVERNMENT'S MOTION FOR LEAVE TO FILE PLEADING UNDER SEAL

Comes now the United States of America, by its attorneys David Rivera, United States Attorney for the Middle District of Tennessee, and Blanche B. Cook, Assistant United States Attorney, and hereby request that this Honorable Court allow the United States to file a pleading under seal. In support thereof, the United States submits the following:

The "Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order #167 at Section 5.07 requires a party seeking to file documents under seal to electronically file a motion for leave of court to do so, via the court's electronic system.

The United States therefore respectfully requests that this Honorable Court permit the filing of said pleading under seal.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee