UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA    )
    )
    )    No. 3:13-00228
v.    )    Judge Bryant
    )
JONATHAN CAINE    )

## MOTION TO UNSEAL

Comes now the United States by and through Blanche B. Cook, Assistant United States

Attorney and hereby requests that the plea agreement, petition to enter a plea of guilty,

Information, and all documents associated with the above-referenced case be unsealed.


Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

s/ *Blanche B. Cook*
BLANCHE B. COOK
    Assistant United States Attorney
A-961 U.S. Courthouse
110 Ninth Avenue South
Nashville, Tennessee 37203
Telephone:  615-736-5151